GERTRUDE E. ELWOOD, ADMINISTRATRIX, ETC., PLAINTIFF, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, DEFENDANT.

*Contributory negligence.*

MOTION to set aside a nonsuit and for a new trial.

Defendant's passenger train stood at defendant's depot in front of a platform for the use of passengers. The deceased (plaintiff's intestate) approached from the opposite side without the knowledge of defendant or its employes, got upon a car from the side opposite the depot platform, found the car door locked, got off the platform of the car on the side from which he had approached it, and undertook to walk between the tracks to the end of the train without looking behind him, was struck by a working train approaching him from behind, and killed. *Held,* that the negligence of the intestate contributed to the injury; that the fact that the working train did not give the signal required by statute on crossing a street before reaching the depot, was not an act of negligence toward the intestate, who was not on the street or where he had any business to be.

*Amasa J. Parker,* for the plaintiff.

*Samuel W. Jackson,* for the defendant.

Opinion by JAMES, J.

LEARNED, P. J., concurred.

Motion for new trial denied, and judgment ordered for defendant.